```
JaVonne M. Phillips, Esq. SBN 187474
Joseph Chun, Esq. SBN 240208
```
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 11-46205 L |
| **Lino Villa** | § | |
| **Rosa Maria Villa** | § | Chapter: 13 |
| | § | |
| Debtors | § | |

**NOTICE OF APPEARANCE**
**PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, its assignees and/or successors, in the above referenced bankruptcy case:

**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Dated: 6/15/2011                                McCarthy & Holthus, LLP

                                By: /s/ Joseph Chun, Esq.
                                    Joseph Chun, Esq.,
                                    Attorney for BAC HOME LOANS
                                    SERVICING, LP FKA COUNTRYWIDE
                                    HOME LOANS SERVICING LP, its assignees
                                    and/or successors