# Martha G. Bronitsky

Chapter 13 Standing Trustee
United States Bankruptcy Court

24301 Southland Dr., Suite 200, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 341, Memphis, TN 38101-0341
Telephone: (510) 266-5580
Fax: (510) 266-5589

June 22, 2011

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland, CA 94612


Chapter 13 Case No.: 11-46205-WJL13
Re: Lino Villa
    Rosa Maria Villa

In our initial review of your client's case, the trustee requests clarification of the listed items on the attached forms.

Although a complete review of this case has not taken place and there may be other inconsistencies that may need to be addressed at the 341 meeting, it is necessary to advise you of the situation.

The requested items **must** be received five (5) days prior to the 341 meeting of creditors. Failure to provide the requested information may result in the recommendation by the trustee that this case be dismissed or converted to a Chapter 7.

If you have any question concerning this matter, please do not hesitate to contact the Legal Department.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CASE #11-46205 VILLA
**DEBTOR'S PLAN**
*AMENDED PLAN AND/OR BELOW DOCUMENTS **TO BE FILED WITH BANKRUPTCY COURT** FOR THE FOLLOWING REASONS:*

[ ]   Standard Oakland Division Chapter 13 plan to be filed with court.

[ ]   Please serve plan on all creditors with 28 days notice and opportunity to object on all creditors

[ ]   No percentage/payments and/or months provided on the plan.

[ ]   No time frame for sale/refinance of property and/or time frame to long.

[ ]   Per Trustee's plan calculations, plan exceeds sixty (60)/thirty six (36) months, Need $

[ ]   All secured debts are not provided for on Debtors plan:

[ ]   Amended plan to list property address/creditor name(s) that is being surrendered in the optional provisions.

[ ]   Loan modification provision must include how long the process with take & how arrears and/or property will be treated if denied.

[ ]   Claim # was filed and was not provided for and/or classification of claim is different than scheduled

[ ]   Declaration to support Step-Payments proposed.

[ ]   Declaration of outside party to support plan:

[XX]  Motion to value Collateral to be filed and ordered prior to confirmation of case - Please serve with 21 days notice and opportunity to object re: CHASE

**FIXED PAYMENTS**
[ ]   Pre/Post confirmation fixed payments exceed actual payments proposed, these are payments that Trustee is to disburse to creditor(s) on a monthly basis, so they must be less than the proposed plan payment.

**MISC DOCUMENTS**
[ ]   Copy of most recent filed IRS tax return to trustee's office 7 days before 341.
      *Send 1st two pages of 1040 & schedule C (if applies) with all ssn's redacted including dependants names & ssn's (if applies) to rmunoz@oak13.com PLEASE DO NOT FILE WITH COURT*

[ ]   Payment advices (paystubs)/payment advice coversheet stating no advices received to be provided to trustee's office 7 days before 341. Send to *rmunoz@oak13.com*.

[ ]   Certificate of credit counseling or declaration of exigent circumstances

[ ]   Need domestic support obligation information, name & address(s) of person receiving the support & the name/address of the county where the order was issued. (Only if it's court ordered)